IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Yauger as Trustee of Local 786 Building Material Welfare Fund and as Trustee of Local 786 Building Material Pension Fund | ) ) ) ) |
| | ) No. 1:09-cv-04691 |
| Plaintiff, | ) ) Judge: Kennelly |
| vs. | ) ) Mag. Judge: Valdez |
| Digilio Trucking, Inc. | ) ) |
| Defendant. | ) ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

NOW COMES Plaintiff Michael Yauger, et al., by and through his attorney, JEFFREY W. HOFF, and moves this Honorable Court for the entry of a Consent Judgment against Defendant, Digilio Trucking, Inc. In support of this Motion, Plaintiff attaches a signed Consent Judgment by Defendant.

WHEREFORE, Plaintiff Michael Yauger, et al., respectfully requests that this Court grant Plaintiff a judgment in the amount of $47,128.05 against Defendant and dismiss the complaint in this case.

Respectfully submitted.

Michael Yauger, et al.,

By: s/Jeffrey W. Hoff
Jeffrey W. Hoff, In-House Counsel

300 S. Ashland, Room 500
Chicago, IL 60607
312-666-1875
28402